AO 91 (Rev. 11/11)  Criminal Complaint

# FELONY

## UNITED STATES DISTRICT COURT
for the

Southern District of Texas

United States Courts
Southern District of Texas
FILED

_February 14, 2025_

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| United States of America<br>v. | ) ) ) ) ) ) ) | Case No.  1:25-MJ-144 |
| Leonardo BAEZ and Nora Alicia AVILA-GUEL<br>_Defendant(s)_ | | |

**SEALED**
PUBLIC AND UNOFFICIAL STAFF ACCESS
TO THIS INFORMATION ARE
PROHIBITED BY COURT ORDER.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  February 12, 2025 _____ in the county of  Cameron _____ in the
Southern _____ District of  Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1324(a)(1)(A)(iii) and (v)(II) | Bringing in and harboring certain aliens and aiding and abetting the harboring of aliens. |

This criminal complaint is based on these facts:

See attachment.

☑ Continued on the attached sheet.

_Dillon Duke_
_Complainant's signature_

Dillon Duke HSI Special Agent
_Printed name and title_

☐ Sworn to before me and signed in my presence.
☑ Sworn to telephonically and signed
electronically pursuant to Fed.R.Crim4.1.

Date: ___February 14, 2025___

City and state:  Brownsville, Texas

_Judge's signature_

Ignacio Torteya III, U.S. Magistrate Judge
_Printed name and title_

## Attachment A

Leonardo BAEZ (COC/N: Mexico; DOB: ██████1969) and Nora Alicia AVILA-GUEL (COC/N: Mexico; DOB: ██████1978), Lawful Permanent Residents of the United States, were encountered by Homeland Security Investigations on February 12, 2025 at Abby's Bakery located in Los Fresnos, TX. Leonardo BAEZ and Nora Alicia AVILA-GUEL identified themselves as the owners and operators of Abby's Bakery. During the encounter eight (8) illegal aliens were located, identified, and apprehended at Abby's Bakery. Both Leonardo BAEZ and Nora Alicia AVILA-GUEL admitted they knew the aliens were unlawfully present in the United States in violation of law, and they harbored the aliens in their personally owned property.

Material witness #1, Roberto IBARRA OTERO, is a citizen and national of Mexico with no documents to remain in the United States. Material witnesses #1 stated that the owners of Abby's Bakery were aware of his unlawful status in the country and willfully harbored them on the property. Material Witnesses #1 positively identified both BAEZ and AVILA-GUEL as the owners of Abby's Bakery and the individuals who harbored him and others.

Material witness #2, Gerardo SANCHEZ MARTINEZ, is a citizen and national of Mexico with no documents to remain in the United States. Material witnesses #2 stated that the owners of Abby's Bakery were aware of his unlawful status in the country and willfully harbored him on the property. Material Witnesses #2 positively identified both BAEZ and AVILA-GUEL as the owners of Abby's Bakery and the individuals who harbored him and others.

The apprehension of the aliens was the result of a worksite enforcement action. Post event, the facts of the event were presented to the duty AUSA, who agreed there was sufficient cause for a complaint for harboring and accepted prosecution.

Sworn to telephonically and signed
electronically pursuant to Fed.R.Crim4.1.

Date: February 14, 2025

City and State: Brownsville, Texas

*Dillon Duke*
Dillon Duke, Special Agent
Homeland Security Investigations

Ignacio Torteya III, U.S. Magistrate Judge