KODL
2/20/25

**BROWNSVILLE** DIVISION
FILE: 2025R01511
B-25-144-MJ

**CRIMINAL DOCKET**

NO. **B-25-138**

Judge: **Fernando Rodriguez, Jr.**

INDICTMENT
COUNTY: CAMERON

Filed: MARCH 4, 2025

ATTORNEYS:

UNITED STATES OF AMERICA

NICHOLAS J. GANJEI, USA

vs.

PAUL MARIAN, AUSA

LEONARDO BAEZ-LARA   (YOB: 1969)  Mexico
NORA ALICIA AVILA-GUEL (YOB: 1978)  Mexico

| CHARGE: | |
|---|---|
| Total Counts (3) | Ct. 1: Conspiracy to transport and harbor certain aliens within the U.S. |
| | 8 USC 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i) |
| | Ct. 2-3: Harboring a certain alien within the U.S. (commercial advantage/private gain) |
| | 8 USC 1324(a)(1)(A)(iii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(i) |
| | **Notice of Forfeiture** |

PENALTY:  Ct. 1:    10 years and/or $250,000 plus 3 year supervised release term

Cts. 2-3:  up to 5 years (unless commercial advantage/private gain then up to 10 years) and/or a fine of up to $250,000, plus 3-year SRT as to each count

In Jail: X
On Bond:
No Arrest:
HSI:  Dillon Duke

**P R O C E E D I N G S:**